**Order entered July 20, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01484-CV

**PNC MORTGAGE, A DIVISION OF PNC BANK, N.A. SUCCESOR TO NATIONAL CITY BANK AND NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA, Appellants**

**V.**

**JOHN HOWARD AND AMY HOWARD, Appellees**

**On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-01559-2010**

## ORDER

Before the Court is appellants' July 19, 2018 unopposed motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **August 17, 2018**.

/s/    ADA BROWN
         JUSTICE